# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | |
|---|---|
| **JUAN MARTINEZ**<br>**ADC #151680** | **PETITIONER** |
| v. Case No. 5:18-cv-19-DPM-JTK | |
| **ARKANSAS COMMUNITY CORRECTIONS;**<br>**WENDY KELLEY, Director, ADC; and DOE,**<br>**Area Supervisor, Fort Smith, ACC** | **RESPONDENTS** |

## ORDER

**1.** The Court withdraws the reference.

**2.** Martinez filed this *habeas* petition on 19 January 2018. He has another pending *habeas* case—filed last November—requesting the same relief. *Martinez v. Kelley*, E.D. Ark. Case No. 5:17-cv-298-DPM-JTK. Martinez can't file a second or successive petition without permission from the United States Court of Appeals for the Eighth Circuit. 28 U.S.C. § 2244(b)(3)(A). But because the petition in this case is similar to the petition in Martinez's other pending *habeas* case, the Court construes it as an amendment. The Court directs the Clerk to file Martinez's petition, № 1, as an amended petition in Case No. 5:17-cv-298-DPM-JTK and to administratively terminate this case. Martinez's motion for leave to proceed *in forma* pauperis, № 2, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2018